IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUMENRADIO AB,<br><br>            Plaintiff<br><br>v.<br><br>CITY THEATRICAL, INC.,<br><br>            Defendant | **Case No.:  2:10-CV-06178-JLL-MAH** |
| CITY THEATRICAL, INC.,<br><br>      Consolidated Plaintiff/<br>      Consolidated Counterclaim<br>                  Defendant<br><br>v.<br><br>TMB, and ABC COMPANIES,<br><br>      Consolidated Defendant/<br>      Consolidated Counterclaimant | **Case No.:  2:10-CV-02045-JLL-MAH**<br>**Consolidated Case** |

<u>**STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

The Parties, pursuant to Rules 41(a)(1)(A)(ii) and 41(c), through their respective counsel of record, do hereby stipulate to the dismissal of this consolidated action with prejudice, including all claims and counterclaims, each party to bear its own costs and expenses.

Respectfully submitted on this 19th day of December, 2011.

/ /

LAW OFFICES OF W. PATRICK QUAST


By:  /W. Patrick Quast/                    .
         W. Patrick Quast, Esq.

*Attorneys for Plaintiff LumenRadio AB*

FOX ROTHSCHILD LLP


By:  /Joseph Posillico/                    .
         Joseph Posillico, Esq.

*Attorneys for Consolidated Defendant and Consolidated Counterclaimant TMB*

SORIN ROYER COOPER LLC


By:  /Jeffrey Kaplan/                    .
         Jeffrey Kaplan, Esq.

*Attorneys for Consolidated Plaintiff and Consolidated Counterclaim Defendant City Theatrical, Inc.*